**'19 - CV - 03502**

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2019 DEC 11 PM 3:03

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

_____ BY _____ DEP. CLK

Civil Action No. New Case # to go Public Immediately
(To be supplied by the court)

Senior Citizens + Veteran's, Plaintiff

v.

City Council,
Legislation Branch + All (members)
Judiciary Branch + (All members
Health Care Clinics/Benefits @ Services Departments, Defendant(s).

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

Acts of Treason from "Cult" Committing Murder & Robbery
w/ "Universal Declaration of Human Rights" & ONLY

**COMPLAINT**

the United Nation to Oversee (All Ethnic

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**



### A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Kristina M. Klundt   mail [9300 W. Alabama Dr. Lakewood, CO 80232]
(Name and complete mailing address)

Homeless
(Telephone number and e-mail address)

### B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Union Representatives of Labor
(Name and complete mailing address)

Union Representatives of Excel
(Telephone number and e-mail address if known)

Defendant 2: Legislation (Reps & Senate)
(Name and complete mailing address)

Judiciary (Lawyers, Judges, Clerks, Magistrates)
(Telephone number and e-mail address if known)

Defendant 3: Health Care Office/Clinic w/ fake
(Name and complete mailing address)

nurses
(Telephone number and e-mail address if known)

Defendant 4: Human Services Department for Benefits
(Name and complete mailing address)

Social Security & Disability
(Telephone number and e-mail address if known)

Robbed w/ Mail Fraud

2



## C. JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

☐ Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

*Abuse* ~~Acts~~ of Murder & Treason + Enslavement + Torture "Universal Declaration of Human Rights" (Investigative Accounting of US Marshal's for C.B.C. Nurses ONLY the United Nations

☐ Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen ~~of the State of~~ and my Soverign State as Soverign

If Defendant 1 is an individual, Defendant 1 is a citizen of Officer.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*



Appeal & Charge

All:
- Bank Loan officers
- Real Estate Agents
- State Treasury Employees
- U.S. Treasury
- Department of Revenue
- Department of Labor
- Department of Art / History
- Department of Regulatory Agencies

**D. STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Appeal to have Supremacy Clause & Re-write the America's with Disabilities Act & Laws on ALL Banks & Appeal The Natural Resource Banked by Pharmacies

Supporting facts:
- Illegal Testing
- Kidnapping
- Torture
- Cruel & Unusual Punishment
- Robbery of $, Life, & health
- Slavery — murder
- Social Security — Disability
  → re-wrote to keep %'age illegally
- most all offices listed are same people or families committing crimes

4

CLAIM TWO: <u>Universal Declaration of Human Rights</u>

Supporting facts: With ONLY United Nations' Leaders to Audit & Investigate (as it was done through purchase of Business Titles)

— Colorado Constitution

— United States Constitution

— Victim's Rights

[ Serious Amounts of Proper medicine with proper lables = planned w/ intent ]
⊛

Compensation [ — $75,000.00 / per vet & Senior Citizen robbed, Killed, & Gifted properties to family(s) ⟶ Stolen ]

5

⊛

### E. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*



→ Ask them overdue for protection and Justice of these Predator

### F. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*Without Prejudice, USC 1-268; USC 1-207 1351340*

_____
(Plaintiff's signature)

12/11/2019
_____
(Date)

(Revised December 2017)